# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>PARKER, JAMES A | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>03/30/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief U.S.DIST.JUDGE(SENIOR) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>01/01/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>421 Gold Ave., S.W.<br><br>ALBUQUERQUE, N.M. 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Manager | JPFP Family, LLC |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
APR 25 10 13 AM '05
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 03/30/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Delta Petroleum | | None | N | T | | | | | |
| 2. General Electric | C | Dividend | M | T | | | | | |
| 3. BankAmerica | E | Dividend | P1 | T | | | | | |
| 4. U.S. Treas Notes | D | Interest | M | T | | | | | |
| 5. Checking Acct.-(JAP & FFP) BkAmerica-Albuquerque, NM | A | Interest | K | T | | | | | |
| 6. Check Acct(JAP&BPW)Bk.Am. (Undivided 50%) | A | Interest | J | T | | | | | |
| 7. Agency Acct(JAP&BPW) Chase-Morgan Private Bank, TX | B | Interest | J | T | | | | | |
| 8. Parcel #1, Harris Co., TX (Undivided 50%) | | None | M | S | | | | | |
| 9. Parcel #2, Harris Co., TX (Undivided 50%) | | None | M | S | | | | | |
| 10. Parcel #3, Harris Co., TX (Undivided 50%) | | None | L | S | | | | | |
| 11. Parcel #2, Brazoria Co., TX (Undivided 50%) | | None | J | S | | | | | |
| 12. Parcel #3, Brazoria Co., TX (Undivided 50%) | A | Rent | K | S | SOLD | 09-30 | L | E | Mr. & Mrs. P. Koury |
| 13. Parcel #1, Live Oak Co., TX (Undivided 50%) | C | Rent | M | S | | | | | |
| 14. Parcel #1, Bernalillo Co. NM (Undivided 25%) | | None | K | S | | | | | |
| 15. Parcel #2, Bernalillo Co., NM (Undivided 50%) | | None | K | S | | | | | |
| 16. Promissory Note-Receivable (Undivided 20%) | D | Interest | M | T | | | | | Moyer Land Ltd. |
| 17. MINERAL ROYALTY PROPERTIES: | | | | | | | | | |
| 18. LOUISIANA | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 03/30/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. State leases, St. Bernard Parish | E | Royalty | L | W | | | | | |
| 20. Common Leases, Ascension Parish | A | Royalty | K | W | | | | | |
| 21. VariousLeases, Placquemine Parish | A | Royalty | J | W | | | | | |
| 22. TEXAS | | | | | | | | | |
| 23. Dobie Ranch, Live Oak Co. | E | Royalty | M | W | | | | | |
| 24. COLORADO | | | | | | | | | |
| 25. O.R.R.I., Weld Co. | A | Royalty | J | W | | | | | |
| 26. MINERAL WORKING INTERESTS: | | | | | | | | | |
| 27. 6 Wells, Adams Co., CO. | E | Distribution | L | U | | | | | |
| 28. 1 Well, Arapahoe Co, CO. | C | Distribution | J | U | | | | | |
| 29. 5 Wells, Washington Co., CO | C | Distribution | K | U | | | | | |
| 30. 2 Wells, Weld Co., CO. | D | Distribution | K | U | | | | | |
| 31. 1 Well, Elbert Co., CO | A | Distribution | J | U | | | | | |
| 32. 20 Wells, Stark Co., N.D. | G | Distribution | O | U | | | | | |
| 33. Parcel #1, La Plata Co., CO. (land,cabins,water)(25% int.) | B | Rent | N | U | | | | | |
| 34. Cash-F.R.R. Acct.-BkAmerica (25% interest) | A | Interest | J | T | | | | | |
| 35. Home Depot | B | Dividend | M | T | | | | | |
| 36. Pfizer, Inc. | C | Dividend | M | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 03/30/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Emerson Elec. | A | Dividend | K | T | | | | | |
| 38. Partnerre Hold | A | Dividend | K | T | | | | | |
| 39. Intel | C | Dividend | N | T | | | | | |
| 40. Cisco Systems Inc | | None | N | T | | | | | |
| 41. Tiffany & Co. | A | Dividend | K | T | | | | | |
| 42. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 43. Staples, Inc. | A | None | M | T | | | | | |
| 44. Clear Channel Comm., Inc. | A | Dividend | J | T | | | | | |
| 45. Analog Devices,Inc. | A | Dividend | K | T | | | | | |
| 46. St. Paul Co.,Inc. | A | Dividend | J | T | | | | | |
| 47. Transocean Sedco,Inc. | A | Dividend | J | T | | | | | |
| 48. Franklin Global LG Cap Fund | A | Interest | M | T | | | | | |
| 49. Franklin Global SM Cap Fund | | None | L | T | | | | | |
| 50. Verizon Global Note | B | Interest | K | T | | | | | |
| 51. Wells Fargo & Co Note | B | Interest | K | T | | | | | |
| 52. Fed Home LN MTG Bank Note | A | Interest | K | T | | | | | |
| 53. Bank of America Certificates of Deposit | C | Interest | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

During 2004 I made charitable gifts of Bank of America stock (line3, Section VII) exceeding $1,000.00 in value to University of New Mexico Foundation, Rice University, United Way of Central New Mexico, St. John's Cathedral, Albuquerque Museum Foundation, and the University of Texas Law School Foundation.

During 2004 I made gifts exceeding $1,000.00 in value of interests in our ▓▓▓ LLC to each of seven ▓▓▓▓▓▓ and forgiveness of debt to our ▓▓▓▓▓

The securities shown on lines 1-4 and 35-52 of Section VII were held during 2004 by Fiduciary Trust International either in I.R.A. accounts and/or in a managed account.

The agency account at Chase-Morgan Private Bank (line 7, Section VII) is an account in which m▓▓▓▓ and I each have an undivided 50% interest. The primary assets for which Chase-Morgan Private Bank is agent are Louisiana mineral royalty properties (lines 19-21, Section VII). The royalty income received by the Bank is invested in money-market funds which earn interest or dividends in the amount stated on line 7, Section VII. The royalty income from and the values of the mineral properties held in the agency account are stated at lines 19-21 of Section VII.

Value code S was used for the following properties:

| | | | |
|---|---|---|---|
| Line 8 | Parcel #1, Harris Co., TX | $335,850 | (My 50%= $167,925) |
| Line 9 | Parcel #2, Harris Co., TX | $435,000 | (My 50%= $217,500) |
| Line 10 | Parcel #3, Harris Co., TX | $111,300 | (My 50%= $55,650) |
| Line 11 | Parcel #2, Brazoria Co., TX | $11,120 | (My 50%= $5,560) |
| Line 13 | Parcel #1, Live Oak Co., TX | $39,210 | (My 50%= $19,605) |
| Line 14 | Parcel #1, Bernalillo Co., NM | $157,800 | (My 25%= $39,450) |
| Line 15 | Parcel #2, Bernalillo Co., NM | $63,700 | (My 50%= $36,850) |

My interest in the 1 well in Burleson Co., TX shown on line 34, Section VII of my 2003 Annual Disclosure Report is omitted from my 2004 Report because the well ceased producing before the end of 2003, did not produce oil or gas during 2004, and was abandoned by the operator during 2004.

One of the certificates of deposit shown on line 53, Section VII of this 2004 Report was actually purchased during December, 2003 and had a value at the end of 2003 in category L and earned interest of value A during 2003. Other certificates of deposit were purchased during 2004 from the Bank of America and the total value of all of the certificates of deposit at the end of 2004 was in category M.

During 2002 I received a refund of $4,237.00 from the State of New Mexico and a refund of $170.00 from the State of Louisiana for overpayment of income taxes.

In Section VIII of my 2002 Financial Disclosure Report I reported that my ▓▓▓ and I had established JPFP Family, LLC, a ▓▓▓ limited liability company, into which we had transferred title to the real estate assets shown in Section VII. However, I did not report under Section I that I was a manager of JPFP Family, LLC in either my 2002 Report or my 2003 Report. I am reporting that position in Section I of this 2004 Report for the first time.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date _APRIL 18, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544